UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUD ROSSMANN,

    Plaintiff,

v.

TAYLOR MILLER, et al.,

    Defendant(s).

Case No. 25-cv-07085-CRB (PR)

**ORDER OF DISMISSAL**

While Plaintiff Brud Rossman was incarcerated at the Maryland Reception, Diagnostic and Classification Center, he filed the instant pro se action alleging various wrongdoing by Maryland state's attorneys Taylor Miller, Justin Dickman and Ivan Bates in connection with their criminal prosecution of plaintiff in Maryland state court. Plaintiff raised the same general allegations of wrongdoing in at least two prior prisoner complaints which were dismissed with prejudice. See Rossmann v. Miller, No. 25-cv-02592-DLB (D. Md. Aug. 22, 2025) (order of dismissal); Rossmann v. Miller, No. 25-cv-02822-DLB (D. Md. Sept. 11, 2025) (order of dismissal).

A prisoner complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915). Because plaintiff raised and litigated the same general allegations and claims of prosecutorial wrongdoing raised herein in two prior prisoner complaints that were dismissed with prejudice, the instant complaint is deemed duplicative and abusive under § 1915A.

This action is DISMISSED as duplicative under the authority of 28 U.S.C. § 1915A(b).

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: October 8, 2025

_____
CHARLES R. BREYER
United States District Judge